HARRY FRIEDMAN, Respondent, v. PEPSI COLA NEW YORK BOTTLING CO., INC., Appellant, et al., Defendants.—

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

JOHN GUZZARDO, Respondent, v. BEATRICE TRAUB et al., Appellants.—

Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

EUGENE HERMANSEN, Appellant, v. MARIE HERMANSEN, Respondent.—

Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.

In the Matter of the Probate of the Will of KATHRYN A. BRENNAN, Deceased. JAMES F. CLARK, as One of the Executors, et al., Appellants; JAMES E. LO PICCOLO, as Special Guardian for Unknown Heirs, Respondent.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.